Filing # 123887024 E-Filed 03/28/2021 11:16:56 AM

Case Number: CACE-21-006375 Division: 25

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.

FBN: 65625

CAROLYN ARONSON,

        Plaintiff,

vs.

MICHAEL COHEN,

        Defendant.

_____/

## SUMMONS

**TO DEFENDANT:**    MICHAE COHEN

**By Serving:**    **MICHAEL COHEN**
103 So. Dale Avenue
Hendersonville, NC 28792

or

144 U.S. 176
Saluda, NC 28773

## IMPORTANT:

    A lawsuit has been filed against you. You have twenty (20) calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter by taken without further warning from the court. There are other legal

1

requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below:

**MICHAEL J. SACKS, ESQUIRE, The Sacks Firm, 7210 Wisteria Avenue, Parkland, FL 33076 Phone (954)575-8691 or Mobile (954)445-2527.**

<u>IMPORTANTE</u>

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de este notificacion, para contestar le demanda adjunta, por escrita, y presentaria ante este tribunal. Unla llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta pro escrito, incluyendo el numero del caso y los nombres da las partes interesadas. So usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo avise del tribunal. Existen otros requistitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar pro correro o entregar una copia de su respuesta al la persona denominada abajo como "Plaintiff's Attorney"(Demandante o Abogado del Demandante).

<u>IMPORTANT</u>

Des poursuites judicaires on ete enterprises contre vous. Vous avez 20 jours consecutifs a partir de la date l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-desses et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votra reponse ecrite dans le relai requis vous risquez de perdre la cause ainsi que votre salaire, vottra argent, et vos biens peuvent etre saisis par la suite, sans auncum preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvoz requerir les services immediats d'un avocat. Si yous ne connaisez pas d'avocats, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisessez de deposer vous-meme use reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir our expendier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignent our a son avocat) nomme ci-dessous.

*Michael J. Sacks*
_____
Plaintiff's Attorney

2

*Michael J. Sacks*
*7210 Wisteria Avenue*
*Parkland, FL 33076*
*Phone: (954)445-2527*
*FLA Bar No. 0065625*

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the Complaint in this lawsuit on the above-named defendant.

DATED:

MAR 29 2021

BRENDA FORMAN
CLERK OF THE COUNTY COURT

(SEAL)                                  BY: _____

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.

FBN: 65625

CAROLYN ARONSON,

       Plaintiff,

vs.

MICHAEL COHEN

       Defendant.

_____/

## COMPLAINT

The Plaintiff, CAROLYN ARONSON, by and through undersigned counsel, for her claims against Defendant MICHAEL COHEN, alleges as follows:

### JURISDICTION

1) This is an action for damages exceeding the $30,000.00 threshold minimum required to impose jurisdiction upon this Court, exclusive of interest and costs;

2) Plaintiff Carolyn Aronson resides at 14 Isla Bahia Drive, Ft. Lauderdale FL 33316, within the judicial district of the above-styled court;

3) Defendant is an individual who is not a resident of the state of Florida, but by virtue of, <u>inter alia</u>, committing the below-referenced tortious acts and causing injury to Plaintiff within the state of Florida, is subject to jurisdiction

1

within the above-styled Court pursuant to Florida's Long Arm Statute;

4) Upon information and belief, Defendant resides at 103 So. Dale Avenue in the city of Hendersonville, NC 28792 and has a principal place of business located at 144 U.S. 176 in the city of Saluda, NC 28773.

5) All conditions precedent to filing this suit have been satisfied or otherwise excused by Defendant's conduct.

## COUNT ONE

### LIBEL

6) Plaintiff repeats and re-alleges each and every allegation set forth in paragraphs 1 through 5 as if fully re-stated and incorporated by reference herein.

7) Defendant is a hair stylist who has engaged in a repetitive, unabated smear campaign towards Plaintiff over the course of the past four years and counting, which defamatory conduct is typically originated from Defendant's posts and/or accounts on popular Social Media platforms, primarily Facebook and LinkedIn.

8) Apparently disgruntled by some bizarre and false belief that Defendant is responsible for, inter alia, the creation and success of Plaintiff's haircare company brand, It's a 10 Haircare (hereinafter "It's a 10"), and that since Plaintiff does not give him credit for same, Defendant Cohen has proceeded to launch and perpetuate his defamatory attack upon Plaintiff that remains unabated until the time of the filing of the instant complaint.

2

9) Plaintiff is the owner and CEO of one of the largest, female-owned haircare company in America;

10) Plaintiff founded her immensely successful haircare company several years ago with her ex-husband from their own ideas, money, time and effort, and has heretofore maintained an excellent reputation in the haircare industry over the course of the past 15 years and counting;

11) Plaintiff is informed, believes and thereon allege that on or about the time that Plaintiff acquired full ownership in It's a 10 in January of 2017, and continuing until the time of the filing of the instant complaint, Defendant Cohen wrote, originated, posted, distributed, communicated and disseminated numerous disparaging, false and defamatory written statements over the Internet regarding Plaintiff, including those posts attached herein as composite Exhibit A hereto (hereinafter "the Disparaging Statements"), which represent just a small snapshot of Defendant's unrelenting defamatory conduct.

12) The Disparaging Statements were mass-disseminated by Defendant via the worldwide Web, two of which (from LinkedIn) were within the past six months, all of which are false and/or misleading, do not constitute pure opinion and tend to subject the Plaintiff to disgrace, contempt, ridicule and distrust in the business community;

13) Plaintiff further alleges that the portions of Defendant's statements relating to Defendant being responsible for the idea for Plaintiff's company, Plaintiff being a liar, and Plaintiff betraying her friends are false, misleading as well

3

as unprivileged;

14) The words and statements of Defendant could reasonably be understood by an objective person to have a defamatory effect upon the Plaintiff as engaging in unethical business practices as well as not telling the truth as to how her business was founded, and otherwise diminishing Plaintiff's overall role and accomplishments with It's a 10. Further, Defendant's defamatory statements impute culpability and blame on Plaintiff for actions and events that never took place.

15) Defendant Cohen intentionally, and at the very least, negligently published and/or communicated his defamatory words and statements to third parties and refused to remove same after being contacted by Plaintiff and/or her agents, who reasonably requested the communications be removed and have heretofore attempted to block Defendant's unrelenting posts, albeit unsuccessfully;

16) As an actual and proximate result of Defendant's conduct, Plaintiff has and/or will suffer actual and special damages to the extent according to proof at the time of trial in this matter.

WHEREFORE, the Plaintiff respectfully requests that judgment be entered against Defendant MICHAEL COHEN for all damages suffered by the Plaintiff due to the Defendant's Libel, including compensatory damages, special damages (inclusive of future lost profit), court costs, interest, equitable and/or injunctive relief and any other remedies that the Court deems just and appropriate.

## COUNT TWO

## **APPLICATION FOR PERMANENT INJUNCTION**

17) Plaintiff repeats and re-alleges each and every allegation set forth in paragraphs 1 through 16, supra, as if fully restated and incorporated by reference herein.

18) The acts of Defendant Cohen complained of above are jeopardizing Plaintiff's character, reputation, livelihood, business and good will associated therewith, and are causing irreparable harm to the Plaintiff;

19) Plaintiff is likely to prevail on the merits of her case for various reasons, one of the more salient ones being that Defendant defamed Plaintiff, cast Plaintiff in a false light and falsely portraying the role of Defendant in creating the ideas behind It's a 10 Haircare via Defendant's posts over the world-wide Web through popular social media sites (Facebook and LinkedIn) with the primary motivation of harming Plaintiff and her business, while systematically engaging in an unprivileged smear campaign against Plaintiff;

20) Unless Defendant is enjoined and required to engage in affirmative acts or as otherwise equitably ordered by the court, (a) to remove any and all written communications, whether over the Internet or otherwise, referencing Plaintiff or her company, It's a 10, whether the statements or similar statements thereto set forth in Exhibit A, or otherwise; and (b) permanently refrain from making any disparaging, misleading or defamatory communications regarding Plaintiff or It's a 10 in the future through all modes of communication, whether through himself or his agents, proxies, assigns and successors in

interest, Defendant will continue his wrongful activities unimpeded, and continue to cause irreparable harm to Plaintiff for which there may ultimately be no adequate remedy at law;

WHEREFORE: Plaintiff thereby requests that this Honorable Court grant a preliminary and permanent injunction requiring Defendant Cohen, as well as his agents, employees, assigns, proxies and successor in interest to:

1) permanently remove any and all written communications, whether over the Internet or otherwise, referencing Plaintiff or It's a 10, whether the statements set forth in Exhibit A, or otherwise;

2) permanently refraining from originating, making or disseminating any disparaging, misleading or defamatory communications regarding Plaintiff or It's a 10 in the future through all modes of communication; while requiring the Defendant

3) to file with this Court and to serve upon Plaintiff's counsel referenced immediately below, and within thirty (30) days after entry and service of a preliminary or permanent injunction, a written report under oath setting forth in detail the manner and form in which the Defendant has complied and will continue to comply with the injunction; and

4) such other and further relief as this Court determines just and appropriate.

DATED: March 28, 2021

                                              Respectfully submitted,

                                              *The Sacks Firm*
                                              7210 Wisteria Avenue
                                              Parkland, FL 33076

                                              *Michael J. Sacks*
                                              Counsel for Plaintiff
                                              *FLA Bar No. 65625*
                                              Tel: (954)445-2527
                                              Email: msacks@bellsouth.net

# EXHIBIT A

## Reactions

      ...

## Comments

Most relevant ◊



**Michael Cohen** · 1st — 6m ···
Owner at Saluda hair garage

Did you talk about how you took my idea for it a 10 . And used it to benefit your self . And all I wanted was to help you and Scott your x husband . Did you talk about how to betray someone and how friends and being honest is not important to you .

Like   Reply



**Aferdita Qafa** · 1st — 6d ···
Freelance Hair & Makeup Artist

Very inspiring!

Like · 👍 2   Reply

**From:** Carsten Aronson
**To:** Michael Socha; Jeff Aronson
**Subject:** Screenshot 2020-12-21 at 11.15.29 AM
**Date:** Monday, December 21, 2020 11:17:28 AM
**Attachments:** Screenshot 2020-12-21 at 11.15.29 AM.png

this guy is still slandering me and it's a 10

we blocked him yeasts ago

He wrote something a couple months ago again when he commented on a post

i blocked him again

It's enough ... He is lying and slandering.

11:15 
◀ Mail

  🔍  MICHAEL COHEN



# MICHAEL COHEN
Owner at saluda hair garage
saluda hair garage
Tryon, North Carolina, United States

   Ignore    More...

Activity    

 They have now blocked me from

| | |
|---|---|
| From: | Carolyn Aronson |
| To: | Michael Sacks |
| Cc: | Jeff Aronson |
| Subject: | started as soon as I became owner of co |
| Date: | Sunday, March 7, 2021 7:39:23 AM |
| Attachments: | IMG_3673.PNG |
| | IMG_3674.PNG |

notice date



**Facebook** ●●●●○ LTE        3:52 PM        ✻ 60% 🔋

**< Requests**        **Michael Cohen**
                     Messenger



**Michael Cohen**

**You and Michael Cohen aren't connected on Facebook**

Lives in Hendersonville, North Carolina

7:40 AM



this is mike cohen the hair stylist that help you come up with your first line link wich failed help you and scott come up with it a 10 name and first product .i was hopping bye now you would have done whats right but you have never thank me or gave ana credit



and how your product was thought of is a complete lie wich i have keep proof od all the years will you do what right. You used to be a honest person or will you continue on the path od greed

| | |
|---|---|
| **DISTRICT COURT, ADAMS COUNTY, STATE OF COLORADO**<br>1100 JUDICIAL CENTER DRIVE, BRIGHTON, CO 80601 | |
| **THE PEOPLE OF THE STATE OF COLORADO**<br>In the Interest of: **Verity Astraea Reilly**, Child<br>Date of Birth: **09/22/2018**<br><br>**UPON THE PETITION OF:**<br>Petitioner: **Bettina Wiesinger**<br><br>**AND CONCERNING:**<br><br>Respondent: **Elise Reilly** | ▲ _____ ▲<br>**Court Use Only**<br>_____<br><br>Case Number: **21JA37**<br><br>Division:      Courtroom: |
| **Return of Service** | |

I am 18 years or older and not a party to the action. I served the Notice of Adoption Proceeding and Summons to Respondent, a copy of the Petition for Adoption, and Petition to Terminate the Parent-Child Legal Relationship in this case on the Respondent in (county) _____ North Carolina on April 2, 2021 at 1:07 pm at the following location: _____.

**I delivered the documents by (check one):**

☒ By handing it to a person identified to me as the Respondent (print name): Elise Reilly.
☐ By leaving it with (print name) _____, who is designated to receive service for the Respondent because of the following relationship with the Respondent: _____ as provided for in C.R.C.P. 4(e).
☐ I attempted to serve the Respondent on ____ occasions but have not been able to locate the Respondent. Return to the Petitioner is made on (date) _____.
☐ I attempted to leave it with Respondent who refused service.

☒ Private process server.

☐ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.
☒ By checking this box, I am acknowledging that I have made a change to the original content of this form.

**VERIFICATION**
**I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.**

Executed on the ____ day of _____, 2021 in _____
                    (date)         (month)        (year)      (city/other location, and state/country)

_____          _____
(printed name of process server)             (signature or process server)

Return of Service

 They have now blocked me from telling you truth I can only post he...
MICHAEL commented

 **Carolyn and Scott sharg were actually good people that I trusted...**
MICHAEL commented

 **Carolyn and Scott sharg owned a product call link that went under t...**
MICHAEL commented

## See all activity

 Home   My Network   Post   Notifications   Jobs

Thank you,

As Always...Committed To Your Success
Carolyn Aronson
Stylist, Founder and CEO
www.itsa10haircare.com



EXHIBIT 1